```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 16453
   ANDRE E TORRENCE
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-6611


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 06/26/2008 and was not confirmed.

    The case was dismissed without confirmation 10/09/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED          339.25          .00           .00
ROUNDUP FUNDING LLC        UNSECURED         1109.42          .00           .00
CITY OF CHICAGO PARKING    UNSECURED         5325.00          .00           .00
PREMIER BANKCARD           UNSECURED          397.90          .00           .00
INTERNAL REVENUE SERVICE   UNSECURED          475.26          .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          712.36          .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED          716.86          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED         4008.59          .00           .00
CAPITAL ONE                UNSECURED       NOT FILED          .00           .00
TCF NATIONAL BANK          UNSECURED       NOT FILED          .00           .00
PEOPLES ENERGY             UNSECURED       NOT FILED          .00           .00
INTERNAL REVENUE SERVICE   PRIORITY          4913.36          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          463.26          .00           .00
ERNESTO D BORGES JR        DEBTOR ATTY          .00                         .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00
                      --------------    --------------
TOTALS                     .00                 .00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 16453 ANDRE E TORRENCE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 16453 ANDRE E TORRENCE